[No. 12212-3-III.   Division Three.   December 28, 1993.]

DOUGLAS NACCARATO, ET AL, *Appellants*, v. ROSAUERS PROPERTIES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-02975-2, Kathleen M. O'Connor, J., entered

January 16, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.